1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TAMMY ORTA,                                    CASE NO. 1:12-cv-00837-SMS

              Plaintiff,

                               ORDER GRANTING PLAINTIFF'S
  v.                                          MOTION TO PROCEED *IN FORMA*
                               *PAUPERIS*

MICHAEL J. ASTRUE,
Commissioner of Social Security,

              Defendant.          (Doc. 4)
_____/

      By a motion filed May 22, 2012, Plaintiff Tammy Orta seeks to proceed *in forma*

*pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

1915(a).

      Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

      Notwithstanding this order, the Court does not direct that service be undertaken until the

Court screens the complaint in due course and issues its screening order.


IT IS SO ORDERED.

**Dated:   May 30, 2012**                          **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE

1