# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LOUIS ORTA, | CASE NO. 1:12-cv-00837-SMS |
| Plaintiff, | |
| v. | ORDER AUTHORIZING SERVICE OF COMPLAINT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | (Doc. 9) |

On July 10, 2012, Plaintiff Tammy Louis Orta submitted her second amended complaint in this matter. The Court, having screened the second amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that service of the complaint upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.

IT IS SO ORDERED.

**Dated:   July 17, 2012**                    /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE