Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff TAMMY ORTA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| TAMMY ORTA ) | Case No.:   1:12-CV-837-SMS |
| Plaintiff, ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) | |
| Defendant ) | |

    TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

    Plaintiff Tammy Orta ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 19, 2013; and that Defendant shall have until May 20, 2013, to file his opposition, if any is forthcoming. Any reply by plaintiff will be due May 31, 2013.

1  An extension of time for plaintiff is needed due to a serious illness in
2  Counsel's family.  Counsel Spouse receives chemotherapy treatment for her Stage
3  IV breast cancer which metastasized initially to her liver and recently spread to her
4  lungs and spine.  Counsel requires the additional time to file the Joint Stipulation to
5  allow him to devote the appropriate time to assist his Spouse and his two
6  kindergarten and pre-school aged children through this obviously stressful
7  experience.  Counsel sincerely apologizes to the court for any inconvenience this
8  may have had upon it or its staff.

10  DATE: February 22, 2013          Respectfully submitted,
11                                    LAW OFFICES OF LAWRENCE D. ROHLFING
12                                         /s/ *Steven G. Rosales*
13                              BY: _____
                                    Steven G. Rosales
14                                  Attorney for plaintiff TAMMY ORTA

15  DATE:  February 22, 2013               BENJAMIN WAGNER
16                                          United States Attorney

18                                   */S/- Theophous H. Reagans
19
20                                   _____
                                     Theophous H. Reagans
21                                   Special Assistant United States Attorney
                                     Attorney for Defendant
22                                   [*Via email authorization]

1 | IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including April 19, 2013, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to May 20, 2013 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.  Any reply by plaintiff will be due May 31, 2013.

IT IS SO ORDERED.

DATE:  2/26/2013

/s/ SANDRA M. SNYDER
THE HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE