UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TAMMY L. ORTA, | CASE NO. 1:12-CV-00837-SMS |
| Plaintiff, | ORDER |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant, | |

Based upon the parties' stipulation, IT IS ORDERED that the Case Management Order in this case shall be extended by 45 days, such that Defendant has until July 5, 2013 in which to file a pleading in response to Plaintiff's Opening Brief.

IT IS SO ORDERED.

DATED: 5/29/2013          /s/ SANDRA M. SNYDER
                          UNITED STATES MAGISTRATE JUDGE

1